**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                               **ORDER**
                               Criminal File Nos. 05-282(2) (MJD/JJG), 06-302(1) (MJD)

PHILIP MACH,

      Defendant.
_____

This matter is before the Court on Defendant Philip Mach's Letter Request to Terminate Supervised Release. Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.     Defendant Philip Mach's Letter Request to Terminate Supervised Release is **GRANTED**.

2.     As of the date of this Order, Mach is discharged from supervised release in this case.

Dated: July 19 2010             s/ Michael J. Davis
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court